UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN A. PORTER, Trustee,

    Plaintiff,

v.

    File No. 1:12-CV-591
    Adv. Pro. No. 12-80062
    HON. ROBERT HOLMES BELL

RALPH GUZMAN, et al.

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed a report and recommendation ("R&R") issued by United States Bankruptcy Judge Jeffrey R. Hughes on May 15, 2012, recommending that Trustee John A. Porter's motion for entry of a default judgment against Defendant Ralph Guzman be granted. (Dkt. No. 1, Attach. 1.) The R&R was mailed to Defendant at his last known address on May 16, 2012. Defendant has not filed any objections to the R&R, and the time for doing so has expired. *See* Bankr. R. 9033(b). The Court has reviewed the R&R, and agrees with its recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the May 15, 2012, R&R of the Bankruptcy Judge (Dkt. No. 1, Attach. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion for entry of default judgment (Adv. Pro. No. 11-80486) is **GRANTED**.

**IT IS FURTHER ORDERED** that the referenced transfers by Debtor Arnold Orlando Guzman Defendant Defendant Ralph Guzman are **AVOIDED** pursuant to 11 U.S.C. § 547.

**IT IS FURTHER ORDERED** that a money judgment shall be entered in favor of Plaintiff John A Porter, Trustee, and against Defendant Ralph Guzman, in the amount of $2,950.00, together with interest at the statutory rate, pursuant to 11 U.S.C. § 550.

Dated: June 15, 2012                              /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE